**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD EDWARD SMITH, | ) | No. C 06-1637 MMC (PR) |
| Petitioner, | ) | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| v. | ) | |
| CHARLES PLUMMER, | ) | **(Docket No. 5)** |
| Respondent. | ) | |
| _____ | ) | |

On March 1, 2006, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was dismissed without prejudice because the petition stated that, at the time the petition was filed, petitioner had "a petition, appeal or other post-conviction proceeding" pending in the Alameda County Superior Court. See Form Petition at 5; Sherwood v. Tomkins, 716 F.2d 632, 634 (9th Cir. 1983).

Petitioner has filed a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is DENIED.

1  The Clerk shall forward this order, along with the case file, to the United States Court
2  of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of
3  appealability.  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).
4  This order terminates Docket No. 5.
5  IT IS SO ORDERED.
6  DATED: June 30, 2006

_____
MAXINE M. CHESNEY
United States District Judge