**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
RONALD EDWARD SMITH,                )     No. C 06-1637 MMC (PR)
11                                  )
            Petitioner,             )     **ORDER GRANTING REQUEST FOR**
12                                  )     **LEAVE TO PROCEED IN FORMA**
     v.                             )     **PAUPERIS ON APPEAL**
13                                  )
CHARLES PLUMMER,                    )
14                                  )     **(Docket No. 8)**
            Respondent.             )
15  _____ )
16          On March 1, 2006, petitioner, a California prisoner proceeding pro se, filed the above-

17  titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 2, 2006, the

18  petition was dismissed without prejudice.  Thereafter, on March 12, 2007, the United States

19  Court of Appeals granted a certificate of appealability, and, on March 28, 2007, counsel was

20  appointed to represent petitioner for purposes of his appeal.  The Court recently was advised

21  that petitioner has an unresolved application to proceed in forma pauperis on appeal.

22          Because the appeal is taken in good faith and because of petitioner's lack of funds, <u>see</u>

23  28 U.S.C. § 1915(a)(3), petitioner's request to appeal in forma pauperis (Docket No. 8) is

24  hereby GRANTED.

25          IT IS SO ORDERED.

26  DATED: March 30, 2007

27                                      _____
                                        MAXINE M. CHESNEY
                                        United States District Judge
28