UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| RONALD EDWARD SMITH, | No. 06-16240 |
| --- | --- |
| Petitioner - Appellant, | D.C. No. CV-06-01637-MMC |
| v. | |
| CHARLES PLUMMER, Sheriff, | JUDGMENT |
| Respondent - Appellee. | |

**FILED**

FEB 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Appeal from the United States District Court for the Northern District of California (San Francisco).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern District of California (San Francisco) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED**.

Filed and entered 01/28/08

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 22 2008

by
Deputy Clerk

FILED

NOT FOR PUBLICATION

JAN 28 2008

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD EDWARD SMITH,<br><br>Petitioner - Appellant,<br><br>v.<br><br>CHARLES PLUMMER, Sheriff,<br><br>Respondent - Appellee. | No. 06-16240<br><br>D.C. No. CV-06-01637-MMC<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Northern District of California
Maxine M. Chesney, District Judge, Presiding

Argued and Submitted January 14, 2008
San Francisco, California

Before: NOONAN, W. FLETCHER, and IKUTA, Circuit Judges.

Ronald Edward Smith contends that the district court erred in summarily dismissing as unexhausted the several claims in his petition for a writ of habeas corpus. We agree.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

In filing his petition, Smith clearly stated that each of his claims had been adjudicated by the California Supreme Court. He also responded affirmatively to the following question on a court-provided form: "Is any petition, appeal or other post-conviction proceeding now pending in any court?" The exhibits attached to Smith's petition suggest that the pending "petition" was in fact a civil commitment petition *against* Smith, which Smith wished to challenge through federal habeas as a violation of his plea agreement. A summary dismissal based on such a filing is erroneous in one of two ways.

If, on the one hand, the district court understood that the pending state proceeding in question was an allegedly illegal civil commitment proceeding, the exhaustion requirements of 28 U.S.C. § 2254(b) and (c) would pose no obstacle to review. *See Coe v. Thurman,* 922 F.2d 528, 530-531 (9th Cir. 1990); *Hartley v. Neely,* 701 F.2d 780, 781 (9th Cir. 1983). If, on the other hand, the district court did not infer the nature of the pending state proceeding from Smith's petition, the dismissal was based on insufficient information. Were Smith a trained lawyer, it would be fair to assume that his response on the court-provided form indicated that he was maintaining a collateral attack on his conviction in state court. But coming from a pro se petitioner, Smith's representation that there was "any petition, appeal or other post-conviction proceeding now pending in any court" was ambiguous.

The exhibits attached to Smith's petition made it even less clear that Smith was maintaining a suit in state court that would bar his federal claims. In light of the courts' duty to liberally construe pro se pleadings, *Haddock v. Board of Dental Examiners of California*, 777 F.2d 462, 464 (9th Cir. 1985), as well as the principle that a court should summarily dismiss a habeas petition only where it is "patently frivolous or false," *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990) (quoting *Blackledge v. Allison*, 431 U.S. 63, 76 (1977)), such an ambiguous filing by a pro se petitioner does not warrant summary dismissal.

REVERSED.

```
INTERNAL USE ONLY: Proceedings include all events.
06-16240 Smith v. Plummer
```

| | |
|---|---|
| RONALD EDWARD SMITH<br>    Petitioner - Appellant | Ronald Edward Smith<br># AAg 347<br>[NTC prs]<br>ASRCJ - ALAMEDA/SANTA RITA<br>COUNTY JAIL<br>5325 Broder Blvd.<br>Dublin, CA 94568<br><br>A. J. Kutchins, Esq.<br>FAX 510/841-8115<br>510/841-5635<br>[COR LD NTC cja]<br>P.O. Box 5138<br>Berkeley, CA 94705 |
| v. | |
| CHARLES PLUMMER, Sheriff<br>    Respondent - Appellee | Gregory A. Ott, Esq.<br>FAX 415-703-1234<br>415-703-5964<br>Suite 11000<br>[COR LD NTC dag]<br>AGCA - OFFICE OF THE CALIFORNIA<br>ATTORNEY GENERAL<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>No appearance<br>No Address<br>Generic Address<br>City, |