IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD SMITH, ) | No. C 06-1637 MMC (PR) |
| Petitioner, ) | **ORDER GRANTING RESPONDENT'S APPLICATION FOR ENLARGEMENT OF TIME** |
| v. ) | |
| SHERIFF CHARLES PLUMMER , ) | |
| Respondent. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent's Application for Enlargement of Time is GRANTED, and Respondent may have until October 17, 2008, to file his Answer to the Petition for Writ of Habeas Corpus.  If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within thirty days of the date the Answer is filed.

Petitioner is hereby ADVISED that the appointment of counsel was for purposes of the appeal only and that it is again Petitioner's personal responsibility to file with the Clerk whatever documents he wishes to submit to the Court.

IT IS SO ORDERED.

DATED: August 25, 2008

_____
MAXINE M. CHESNEY
United States District Judge