United States District Court
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CHARLES EDWARD SMITH,       )   No. C 06-1637 MMC (PR)
                                 )
11              Petitioner,      )   **ORDER GRANTING RESPONDENT'S**
                                 )   **APPLICATION FOR**
12   v.                          )   **ENLARGEMENT OF TIME**
                                 )
13   SHERIFF CHARLES PLUMMER,    )
                                 )   **(Docket No. 21)**
14              Respondent.      )
     _____ )

15

16        GOOD CAUSE APPEARING, respondent's Application for Enlargement of Time is

17   hereby GRANTED.  Respondent shall file his answer to the petition no later than November

18   16, 2008.  If petitioner wishes to respond to the answer, he shall do so by filing a traverse

19   with the Court and serving it on respondent within thirty days of the date the answer is filed.

20        This order terminates Docket No. 21.

21        IT IS SO ORDERED.

22   DATED: October 30, 2008

23   _____
     MAXINE M. CHESNEY
24   United States District Judge

25

26

27

28