IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD EDWARD SMITH,

                      Petitioner,

v.

SHERIFF CHARLES PLUMMER,

                      Respondent.

C 06-1637 MMC (PR)

**ORDER**

      GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until November 26, 2008, to file his answer to the petition for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of his receipt of the answer.

DATED: November 19, 2008

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE