IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EDWARD SMITH, | No. C-06-1637 MMC |
| Petitioner, | **ORDER SETTING SCHEDULE FOR FILING OF TRAVERSE** |
| v. | |
| CHARLES PLUMMER, | |
| Respondent. | |

On December 10, 2008, the Court granted petitioner's Motion for Appointment of Counsel. On January 6, 2009, AJ Kutchins filed a Notice of Appearance as counsel for petitioner.

Accordingly, if petitioner wishes to file a traverse to respondent's answer to the petition, such traverse shall be filed no later than February 13, 2009.

**IT IS SO ORDERED.**

Dated: January 8, 2009

_____
MAXINE M. CHESNEY
United States District Judge