AJ KUTCHINS
P.O. Box 5138
Berkeley, California  94705
(510) 841-5635
ajkutchins@earthlink.net
State Bar # 102322

Attorney for Petitioner
RONALD SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD EDWARD SMITH,

    Petitioner and Appellant,

vs.                                                                                  No.  CV 06-01637 MMC

CHARLES PLUMMER, Sheriff,
Alameda County Jail,

    Respondent and Appellee.
_____/

**STIPULATION AND ORDER REGARDING ENLARGEMENT
OF TIME WITHIN WHICH TO FILE TRAVERSE**

    The parties in the above-captioned action hereby stipulate that the time for filing the Traverse, which is now due on or before February 13, 2009, may be extended to March 16, 2009.


Dated: February 6, 2009                     _____/s/_____
                                                                AJ KUTCHINS
                                                                Attorney for the Petitioner


Dated: February 6, 2009                     _____/s/_____
                                                                GREGORY OTT
                                                                Deputy Attorney General
                                                                Attorney for the Respondents


STIP & ORDER EXTENDING TIME

**ORDER**

Good cause appearing therefor, it is hereby ordered that the time for filing Petitioner's Traverse shall be and is extended to March 16, 2009

Dated: February 9, 2009

_____
HON. MAXINE CHESNEY
United States District Judge

STIP & ORDER EXTENDING TIME                    2