1  AJ KUTCHINS
   P.O. Box 5138
2  Berkeley, California  94705
   (510) 841-5635
3  ajkutchins@earthlink.net
   State Bar # 102322
4
   Attorney for Petitioner
5  RONALD SMITH

6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8

9
   RONALD EDWARD SMITH,
10
            Petitioner and Appellant,
11
        vs.                                    No.  CV 06-01637 MMC
12
   CHARLES PLUMMER, Sheriff,
13 Alameda County Jail,

14          Respondent and Appellee.
                                        /
15

16
           **STIPULATION AND ORDER REGARDING ENLARGEMENT**
17             **OF TIME WITHIN WHICH TO FILE TRAVERSE**

18      The parties in the above-captioned action hereby stipulate that the time for filing the

19 Traverse, which is now due on or before March 16, 2009  may be extended to April 16, 2009.

20

21 Dated: March 11, 2009              _____/s/_____
                                      AJ KUTCHINS
22                                    Attorney for the Petitioner

23

24 Dated: March 11, 2009              _____/s/_____
                                      GREGORY OTT
25                                    Deputy Attorney General
                                      Attorney for the Respondents
26

27

28

    STIP & ORDER EXTENDING TIME

1

**ORDER**

2

3        Good cause appearing therefor, it is hereby ordered that the time for filing Petitioner's

4   Traverse shall be and is extended to April 16, 2009

5

6

7   Dated: __March 12, 2009_____          _Maxine M. Chesney_____

8                                               HON. MAXINE CHESNEY
                                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & ORDER EXTENDING TIME                    2