1  AJ KUTCHINS
   P.O. Box 5138
2  Berkeley, California  94705
   (510) 841-5635
3  ajkutchins@earthlink.net
   State Bar # 102322
4
   Attorney for Petitioner
5  RONALD SMITH

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9
   RONALD EDWARD SMITH,
10
          Petitioner and Appellant,
11
       vs.                                    No.  CV 06-01637 MMC
12
   CHARLES PLUMMER, Sheriff,
13 Alameda County Jail,

14        Respondent and Appellee.
                                          /
15

16
        **STIPULATION AND ORDER REGARDING ENLARGEMENT**
17           **OF TIME WITHIN WHICH TO FILE TRAVERSE**

18    The parties in the above-captioned action hereby stipulate that the time for filing the

19 Traverse, which is now due on or before April 16, 2009  may be extended to May 18, 2009.

20

21 Dated: April 7, 2009                    _____/s/_____
                                           AJ KUTCHINS
22                                         Attorney for the Petitioner

23

24 Dated: April 7, 2009                    _____/s/_____
                                           GREGORY OTT
25                                         Deputy Attorney General
                                           Attorney for the Respondents
26

27

28

   STIP & ORDER EXTENDING TIME

**ORDER**

Good cause appearing therefor, it is hereby ordered that the time for filing Petitioner's Traverse shall be and is extended to May 18, 2009

Dated: April 9, 2009

HON. MAXINE CHESNEY
United States District Judge

STIP & ORDER EXTENDING TIME                2