IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD EDWARD SMITH,

        Petitioner,

  v.

CHARLES PLUMMER, Sheriff, Alameda County Jail,

        Respondent.
                                        /

No. CV-06-1637 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

      **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the above-titled petition is hereby DENIED.

Dated: May 3, 2010

                                                        Richard W. Wieking, Clerk

                                                        *Tracy Lucero*

                                                        By: Tracy Lucero
                                                        Deputy Clerk