AJ KUTCHINS
P.O. Box 5138
Berkeley, California  94705
(510) 841-5635
ajkutchins@earthlink.net
State Bar # 102322

Attorney for Petitioner
RONALD SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD EDWARD SMITH,

    Petitioner and Appellant,

  vs.

CHARLES PLUMMER, Sheriff,
Alameda County Jail,

    Respondent and Appellee.
_____/

No.  CV 06-01637 MMC

**CERTIFICATE OF APPEALABILITY**

Having considered the Application of Petitioner Ronald Smith and all of the documents on file in this matter, and finding good cause therefor, the Court determines that Petitioner has made a substantial showing of the denial of a constitutional right in regard to the claim set forth in the above-captioned habeas corpus petition.  The Court accordingly certifies the appealability of Petitioner's claim that he was deprived of due process of law, under the principles outlined in *Santobello v. New York*, 404 U.S. 257 (1971) and its progeny, when the State initiated civil commitment proceedings against him.  The Court further certifies that "jurists of reason" could disagree as to whether the abstention doctrine set forth in *Younger v. Harris*, 401 U.S. 37 (1971) is applicable to the instant case.

IT IS SO ORDERED.

Dated:  June 15, 2010

                                                HON. MAXINE M. CHESNEY
                                                United States District Judge

[PROPOSED] CERT. OF APPEALABILITY