IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EDWARD SMITH, | No. C-06-1637 MMC |
| Petitioner, | **ORDER DIRECTING PETITIONER TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| SHERIFF CHARLES PLUMMER, | |
| Respondent. | |

On October 29, 2010, petitioner Ronald Edward Smith electronically filed a document titled Opposition to State's Motion Regarding Transfer of Custody. Petitioner has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Petitioner is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of his opposition. Petitioner is hereby advised that if he fails in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose

sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: November 3, 2010

_____
MAXINE M. CHESNEY
United States District Judge