IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD EDWARD SMITH,

    Petitioner,

    v.

SHERIFF GREGORY AHERN

    Respondent.

No. C-06-1637 MMC

**ORDER DENYING PETITIONER'S EX PARTE APPLICATION**

    Before the Court is petitioner Ronald Edward Smith's "Ex Parte Application for Order Directing Respondent to Produce Petitioner for Hearing" ("Application"), filed November 9, 2010, whereby petitioner requests an order, pursuant to 28 U.S.C. § 2243, directing respondent Alameda County Sheriff to produce petitioner at the November 19, 2010 hearing on respondent's Motion to Permit Transfer of Custody. Respondent has filed opposition, to which petitioner has replied. Having read and considered the papers filed in support of and in opposition to the Application, the Court rules as follows.

    The authority cited by petitioner, <u>Johnson v. Eisentanger</u>, 339 U.S. 763 (1950), concerns the production of a petitioner at a hearing on a habeas petition, not a collateral proceeding such as a hearing on a motion to permit transfer under Rule 23(a) of the Federal Rules of Appellate Procedure. Petitioner cites no authority requiring this Court to order respondent to produce petitioner at a hearing on a matter such as that currently scheduled before this Court, nor has he otherwise shown good cause for such an order.

1 | Accordingly, the Court hereby DENIES petitioner's Application.

2 | **IT IS SO ORDERED.**

4 | Dated: November 17, 2010

*[Signature]*
MAXINE M. CHESNEY
United States District Judge